UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| ENCOMPASS INDEMNITY COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No.: 2:24-cv-04046-BCW |
| | ) |
| DIANA ROBNETT, et al., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendants. | ) |

## NOTICE OF INTENT TO USE PROCESS SERVER

**COMES NOW** Plaintiff, Encompass Indemnity Company, and notifies the Court of the intent to use Action Legal Process, 131 W. High Street, #6944, Jefferson City, Missouri 65101 to serve Defendant Jeffrey Robnett, in the above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure. The undersigned affirms the information provided above is true and correct.

Respectfully submitted,

HEPLERBROOM LLC

By: */s/ Patrick A. Bousquet*
Patrick A. Bousquet        #57729MO
  email: patrick.bousquet@heplerbroom.com
Peter Houser        #71278MO
  email: peter.houser@heplerbroom.com
701 Market Street, Suite 1400
St. Louis, Missouri 63101
314-241-6160 phone
314-241-6116 fax
ATTORNEYS FOR PLAINTIFF