**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| ENCOMPASS INDEMNITY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.: 2:24-cv-04046-BCW |
| | ) | |
| DIANA ROBNETT, et al., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

## NOTICE OF INTENT TO USE PROCESS SERVER

**COMES NOW** Plaintiff, Encompass Indemnity Company, and notifies the Court of the intent to use Action Legal Process, 131 W. High Street, #6944, Jefferson City, Missouri 65101 to serve Defendant Diana Robnett, in the above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure. The undersigned affirms the information provided above is true and correct.

Respectfully submitted,

HEPLERBROOM LLC

By: */s/ Patrick A. Bousquet*
    Patrick A. Bousquet    #57729MO
      email: patrick.bousquet@heplerbroom.com
    Peter Houser    #71278MO
      email: peter.houser@heplerbroom.com
    701 Market Street, Suite 1400
    St. Louis, Missouri 63101
    314-241-6160 phone
    314-241-6116 fax
ATTORNEYS FOR **PLAINTIFF**